Raymond E. SWEET, Appellant, v. UNITED STATES of America, Appellee.

No. 7575.

Circuit Court of Appeals, Ninth Circuit.

March 11, 1935.

B. W. Oppenheim, J. M. Lampert, and J. B. Musser, all of Boise, Idaho, for appellant.

John A. Carver, U. S. Atty., E. H. Casterlin and Frank Griffin, Asst. U. S. Attys., and A. L. Freehafer, Atty. Dept. of Justice, all of Boise, Idaho, and Will G. Beardslee, Director, Bureau of War Risk Litigation, of Washington, D. C., for the United States.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Upon motion of counsel for appellee for dismissal of appeal, counsel for appellant not opposing said motion, ordered motion granted, appeal dismissed, judgment of dismissal filed and entered accordingly.